**Agustin PESCADOR PROCEL, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72328.

United States Court of Appeals, Ninth Circuit.

---

Submitted Oct. 19, 2010.*

Filed Oct. 26, 2010.

Agustin Pescador Procel, Phoenix, AZ, pro se.

U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN and BEA, Circuit Judges.

MEMORANDUM **

Agustin Pescador Procel, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, and review de novo constitutional questions, including claims of ineffective assistance of counsel. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Procel's motion to reopen because he did not comply with the requirements set forth in *Matter of Lozada,* 19 I. & N. Dec. 637, 639 (BIA 1988), and the alleged ineffective assistance is not plain on the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

face of the record. *See Reyes v. Ashcroft,* 358 F.3d 592, 597–99 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**